SOUTHERN DISTRICT COURT
OF TEXAS
ENTERED

OCT 07 1997

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CHARLES HENRY                    §
                                 §
versus                           §          CIVIL ACTION NO. H-97-2518
                                 §
TECHNICAL COATING, ET AL.        §

## O R D E R

Pursuant to 28 U.S.C. § 636(b)(1)(A) all nondispositive pretrial matters in this case have

been referred to United States Magistrate Judge Mary Milloy for determination.

Pursuant to 28 U.S.C. § 636(b)(1)(B) all dispositive pretrial matters in this case have

been referred to United States Magistrate Judge Mary Milloy for report and recommendation to

this Court.

SIGNED at Houston, Texas, on this _____ day of October, 1997.


                              _____
                              VANESSA D. GILMORE
                              UNITED STATES DISTRICT JUDGE

CJRAMG