IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Clerk, U.S. District Court
Southern District of Texas
ENTERED
OCT 14 1997

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CHARLES HENRY, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-97-2518 |
| | § | |
| | § | |
| TECHNICAL COATING, et al., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The above-referenced case has been referred by United States District Judge Vanessa D. Gilmore, for full pretrial management, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B). It is hereby

ORDERED that counsel shall provide a courtesy copy of all pleadings to the chambers of the undersigned at 515 Rusk Avenue, Room 7007, at the time of filing. It is further

ORDERED that the parties wishing to respond to pleadings regarding discovery disputes must do so within 10 days of receipt. If relief from this 10-day deadline is necessary, counsel should contact Mr. John Hogan, Case Manager, at 250-5158. Any discovery dispute that requires an immediate ruling must be brought to Mr. Hogan's attention by counsel for the Movant.

The Clerk shall enter this Order and provide a true copy to all counsel of record.

SIGNED at Houston, Texas, this 10th day of October, 1997.

_____
MARY MILLOY
UNITED STATES MAGISTRATE JUDGE