UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

OCT 28 1997

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES HENRY | § | |
| | § | |
| versus | § | CIVIL ACTION NO. H-97-2518 |
| | § | |
| TECHNICAL COATING INDUSTRIES, | § | |
| INC., ET AL. | § | |

## ORDER OF DISMISSAL

In accordance with the Plaintiff's Unopposed Notice of Dismissal (Instrument #13) filed on October 24, 1997, this cause of action is DISMISSED without prejudice.

The Clerk will enter this Order and provide all parties with a true copy.

SIGNED this _____ day of October, 1997.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**